IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVIN EUGENE ANDERSON,<br><br>  Petitioner,<br><br>vs.<br><br>NEBRASKA MENTAL HEALTH BOARD,<br><br>  Respondent. | 8:19CV520<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. Petitioner Devin Eugene Anderson ("Anderson") filed with the court a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Filing No. 1.) Anderson has another pending habeas case in this court—Case No. 8:19CV172—in which the court ordered Anderson to file an amended petition specifying whether he is challenging his current placement at the Lincoln Regional Center or whether he is challenging his state criminal conviction. (*See* Filing No. 8, Case No. 8:19CV172.) Upon examination, the court believes Anderson's pleading is more properly construed as an amended petition intended for filing in Case No. 8:19CV172. Accordingly,

IT IS ORDERED that:

1. The clerk of the court is directed to close this case for statistical purposes.

2. The clerk of the court is directed to file Anderson's habeas petition (filing no. 1) as an amended habeas petition in case number 8:19CV172.

Dated this 9th day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge